# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0788
_____

TEMPO COURIER LLC,

    Appellant,

v.

GUILLERMO GALVEZ,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Daniel A. Lewis, Judge.

Date of Accident: October 2, 2025.

June 3, 2026

PER CURIAM.

    DISMISSED.

RAY, WINOKUR, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Taylor Dana of Smith Eilers, PLLC, Boca Raton, for Appellant.

No appearance for Appellee.